IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANINE WOOD,** Individually and as parent and natural guardian of her minor child, H.W., **JACKIE WEBBER**, Parent and natural guardian of her minor child, J.M., **RYAN WALSH** and **LISA MAZZONI,** Individually and as parent and natural guardian of her minor son, J.C., | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) 2:20cv1029 ) **Electronic Filing** |
| **PALACE ENTERTAINMENT** d/b/a KENNYWOOD PARK agent of KENNYWOOD PARK, **SANDCASTLE WATERPARK** and **IDLEWILD AND SOAKZONE** | ) ) ) ) ) ) |
| Defendants. | ) |

### ORDER OF COURT

AND NOW, this 12th day of July, 2021, upon consideration of the Motion to Dismiss for Failure to State a Claim (ECF No. 4) filed on behalf of Defendants, and Plaintiffs' response thereto,

IT IS HEREBY ORDERED that, at this point in the litigation, the motion is **DENIED** without prejudice to raise such issues at the summary judgment phase of the case. Defendants shall answer the Complaint within twenty-One (21) days of this Order.

s/ DAVID STEWART CERCONE
David Stewart Cercone
Senior United States District Judge

cc:   Thomas B. Anderson, Esquire
      Paul M. Thompson, Esquire
      Kerry A. Scanlon, Esquire
      Jeremy M. White, Esquire

(*Via CM/ECF Electronic Mail*)

2

(*Via CM/ECF Electronic Mail*)