# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Janine Wood, Individually and as Parent and Natural Guardian of Her Minor Child, H.W., et al., | |
| Plaintiffs, | Case No. 2:20-cv-01029-DSC |
| vs. | |
| Palace Entertainment, d/b/a Kennywood Park, et al., | |
| Defendant. | |

## APPENDIX TO DEFENDANT PALACE ENTERTAINMENT'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56.B.3, Festival Fun Parks, LLC d/b/a Palace Entertainment's ("Palace") respectfully submits the following Appendix in support of its motion for summary judgment.

| Exhibit | Description |
|---|---|
| 1 | Declaration of Jeremy White |
| 2 | Excerpts of Ryan Walsh Deposition Transcript (Nov. 16, 2021) |
| 3 | Ryan Walsh Deposition Exhibit 5; Communication with Palace (PALACE00000119 through PALACE00000126) |
| 4 | Ryan Walsh Deposition Exhibit 6; Medical Records |
| 5 | Excerpts of Jackie Webber Deposition Transcript (Nov. 18, 2021) |
| 6 | Jackie Webber Deposition Exhibit 3; Oct. 2021 IEP |
| 7 | Exhibit 8 to the Deposition of Anna Hare; Updated Order of the Secretary of the Pennsylvania Department of Health Requiring Universal Face Coverings: Frequently Asked Questions (Nov. 17, 2020) |
| 8 | Jackie Webber's Verified Answers and Objections to Palace's Interrogatories |

| 9 | Excerpts of Lisa Mazzoni Deposition Transcript (Dec. 3, 2021) |
|---|---|
| 10 | Lisa Mazzoni Deposition Exhibit 9; J.C. Medical Record (June 17, 2020) |
| 11 | Lisa Mazzoni Deposition Exhibit 10; Lisa Mazzoni Medical Record (Dec. 21, 2017) |
| 12 | Excerpts of Janine Wood Deposition Transcript (Dec. 7, 2021) |
| 13 | Janine Wood Deposition Exhibit 6; H.W. School Record |
| 14 | Janine Wood Deposition Exhibit 7; H.W. School Record |
| 15 | Janine Wood Deposition Exhibit 10; Transcript of Video |
| 16 | Janine Wood's Verified Answers and Objections to Palace's Interrogatories |
| 17 | Excerpts of John T. Reilly Deposition Transcript (Oct. 28, 2021) |
| 18 | Exhibit 2 to the Deposition of John T. Reilly; Palace's Verified Objections and Answers to Plaintiffs' Interrogatory Responses |
| 19 | Ctrs. for Disease Control & Prevention, Coronavirus Disease 2019 (COVID-19): Recommendation Regarding the Use of Cloth Face Coverings, Especially in Areas of Significant Community-Based Transmission (effective Apr. 3, 2020) (PALACE00000251 through PALACE0000252) |
| 20 | Ctrs. for Disease Control & Prevention, Coronavirus Disease 2019 (COVID-19): How To Protect Yourself & Others (effective Apr. 24, 2020) (PALACE00000224 through PALACE00000226) |
| 21 | Ctrs. for Disease Control & Prevention, Coronavirus Disease 2019 (COVID-19): How To Make Cloth Face Coverings (effective May 21, 2020) (PALACE00000213 through PALACE00000215) |
| 22 | Ctrs. for Disease Control & Prevention, Coronavirus Disease 2019 (COVID-19): About Cloth Face Coverings (effective May 22, 2020) (PALACE00000193 through PALACE00000194) |
| 23 | Ctrs. for Disease Control & Prevention, Coronavirus Disease 2019 (COVID-19): How To Wash Cloth Face Coverings (effective May 22, 2020) (PALACE00000147 through PALACE00000148) |
| 24 | Ctrs. for Disease Control & Prevention, Coronavirus Disease 2019 (COVID-19): How To Wear Cloth Face Coverings (effective May 22, 2020) (PALACE00000195 through PALACE00000196) |

| | |
|---|---|
| 25 | Ctrs. for Disease Control & Prevention, Coronavirus Disease 2019 (COVID-19): Considerations for Wearing Cloth Face Coverings (updated June 28, 2020) (PALACE00000216 through PALACE0000219) |
| 26 | Ctrs. for Disease Control & Prevention, Scientific Brief: Community Use of Cloth Masks To Control the Spread of SARA-CoV-2 (updated May 7, 2021) (PALACE00000369 through PALACE00000377) |
| 27 | Pa. Dep't of Health, Frequently Asked Questions: Order of the Secretary of the Pennsylvania Department of Health Directing Public Health Safety Measures for Businesses Permitted To Maintain In-person Operations (May 1, 2020) (PALACE00000290 through PALACE00000303) |
| 28 | Pa., Frequently Asked Questions for Businesses Operating During the COVID-19 Disaster Emergency (effective June 17, 2020) (PALACE00000129 through PALACE00000142) |
| 29 | Pa. Dep't of Health, Order of the Secretary of the Pennsylvania Department of Health Directing Public Health Safety Measures for Businesses Permitted To Maintain In-person Operations (effective Apr. 19, 2020) (PALACE00000306 through PALACE00000310) |
| 30 | Pa. Dep't of Health, Order of the Secretary of the Pennsylvania Department of Health Requiring Universal Face Coverings (July 1, 2020) (PALACE00000286 through PALACE00000289) |
| 31 | U.S. National Institute of Mental Health, Any Anxiety Disorder (retrieved Apr. 7, 2022) |
| 32 | Expert Report of Jill Kelderman, Ph.D., ABPP-Cn (Jan. 28, 2022) |
| 33 | Sivaraman, et al., Telehealth Mask Wearing Training for Children with Autism During the COVID-19 Pandemic (PALACE00000380 through PALACE00000396) |
| 34 | Thom, et al., Helping People with Autism Spectrum Disorder Manage Masks and COVID-19 Tests (PALACE00000397 through PALACE00000402) |
| 35 | Wong, et al., Evidence-Based Practices for Children, Youth, and Young Adults with Autism Spectrum Disorder (PALACE00000403 through PALACE00000516) |
| 36 | Hopebridge, Tips To Help Children with Autism Wear Face Masks (PALACE00000633 through PALACE00000640) |
| 37 | Excerpts of Anna Hare Deposition Transcript (Apr. 8, 2022) |
| 38 | Declaration of John T. Reilly |

4

| | |
|---|---|
| 38A | Kennywood July 2020 Face Covering Policy (PALACE00000174-PALACE00000180) |
| 38B | Sandcastle July 2020 Face Covering Policy (PALACE00000260-PALACE00000266) |
| 38C | Idlewild July 2020 Face Covering Policy (PALACE00000244-PALACE00000250) |

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

                  /s/ Kerry Alan Scanlon
                  Kerry Alan Scanlon