**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**JANINE WOOD,** Individually and as parent and natural guardian of her minor child, H.W., **JACKIE WEBBER**, Parent and natural guardian of her minor child, J.M., **RYAN WALSH** and **LISA MAZZONI,** Individually and as parent and natural guardian of her minor son, J.C.,

Plaintiffs,

v.

**PALACE ENTERTAINMENT** d/b/a **KENNYWOOD PARK**, **SANDCASTLE WATERPARK** and **IDLEWILD AND SOAKZONE**

Defendant.

2:20cv1029
**Electronic Filing**

**ORDER OF COURT**

AND NOW, this 29th day of March, 2023, for the reasons set forth in the opinion filed on this date, IT IS ORDERED that [33] defendant's motion for summary judgment be, and the same hereby is, granted as follows: plaintiffs' Title III ADA discrimination and retaliation/coercion claims at Counts I and II are dismissed as moot; and

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 1367(c), plaintiff H.W.'s remaining state law claim for negligence/reckless conduct at Count III is dismissed without prejudice to (1) plaintiff H.W. refiling that claim in a state court as authorized by 42 Pa. C. S. §

5103(b) and (2) defendant raising any defenses it may have to that claim(s).

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Thomas B. Anderson, Esquire
Paul M. Thompson, Esquire
Kerry Alan Scanlon, Esquire
Jeremy M. White, Esquire

(*Via CM/ECF Electronic Mail)*